IN THE SUPREME COURT OF THE STATE OF DELAWARE

ANTHONY GORDON,                      §
                                     § No. 194, 2024
        Defendant Below,             §
        Appellant,                   § Court Below–Superior Court
                                     § of the State of Delaware
        v.                           §
                                     § Cr. ID No. 1109011777 (N)
STATE OF DELAWARE,                   §
                                     §
        Appellee.                    §

Submitted:  June 17, 2024
Decided:    August 26, 2024

Before **SEITZ**, Chief Justice; **LEGROW** and **GRIFFITHS**, Justices.

## <u>ORDER</u>

After consideration of the appellant's opening brief, the State's motion to affirm, and the record on appeal, we affirm the Superior Court's denial of the appellant's repetitive motion to dismiss the second-degree rape counts of the indictment.  We have previously considered and rejected the appellant's arguments, finding that "[t]he second-degree rape counts satisfied [Superior Court Criminal] Rule 7(c) (which requires a plain written statement of the essential facts constituting the offense charged), put [the appellant] on notice of the charges against him, and precluded subsequent prosecution for the same offense."[1]

---

[1] *Gordon v. State*, 2022 WL 1486727, at *2 (Del. May 10, 2022).

NOW, THEREFORE, IT IS ORDERED that the State's motion to affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice